

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2021

No. 04-20-00561-CV

Enrique **LOPEZ,** Individually, and as Representative of the Estate of Tristan Lopez, Deceased,
Appellant

v.

**GUIDING LIGHT, LLC,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21729
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file a reply brief is granted. The reply brief is due July 29, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court